UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURSEL FLOYD MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES VETERANS AFFAIRS,<br><br>　　　　　Defendant. | No. 2:14-cv-1599-MCE-KJN PS<br><br><br>ORDER |

　　　　Plaintiff Hursel Floyd Mitchell, proceeding in this action without counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1]

　　　　Plaintiff's declaration in support of his application to proceed in forma pauperis states that he has no dependents and that he is receiving worker's compensation payments of $1,251.00 per month, which translates to a gross income of approximately $15,012 per year.[2] (ECF No. 2.) Plaintiff also owns a 2013 Cadillac ATS, for which plaintiff does not state a value.[3] (Id.) Plaintiff also does not expressly indicate whether he is currently making payments on a car loan

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] $1,251.00 x 12 months = $15,012.

[3] Regardless, the court notes that the Cadillac likely holds substantial value as it is a luxury vehicle produced in a recent model year.

1

1   for this vehicle, but indicates elsewhere in his application that he has no debts or other financial
2   obligations.  (Id.)  Plaintiff also states in his application that he currently has $100 in cash or in a
3   checking or savings account.  (Id.)  Finally, plaintiff lists three parcels of real property in the
4   application section concerning housing and other regular monthly expenses, but fails to list the
5   monthly payments made for any of the three parcels.  (Id.)  Plaintiff states elsewhere in his
6   application that he has no debts or other financial obligations.  (Id.)  According to the United
7   States Department of Health and Human Services, the poverty guideline for a person with no
8   dependents (and not residing in Alaska or Hawaii) is $11,670 for 2014.  See
9   http://aspe.hhs.gov/poverty/14poverty.cfm.  Thus, with an annual income of approximately
10  $15,012.00, plaintiff's income is roughly 128% of the 2014 poverty guideline.

11          Presently, a filing fee of $400 is required to commence a civil action in this court.  The
12  court may authorize the commencement of an action "without prepayment of fees or security
13  therefor" by a person that is unable to pay such fees or provide security therefor.  28 U.S.C. §
14  1915(a)(1).  Here, while the court is sympathetic to the fact that plaintiff does not earn a
15  substantial amount of annual income, plaintiff's declaration nonetheless shows that he earns over
16  128% of the 2014 poverty guideline and does not have any monthly expenses, debts, or other
17  financial obligations.  Moreover, plaintiff's application states that plaintiff owns a rather new
18  luxury vehicle and implies that he is not making any payments on a car loan for this vehicle.
19  Plaintiff's declaration does not demonstrate that he is unable to use his 2013 Cadillac as security
20  upon which he might obtain funds pay the initial filing fee in this case.  Accordingly, plaintiff has
21  made an inadequate showing of indigency.  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir.
22  1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

23          For the foregoing reasons, IT IS HEREBY ORDERED that:
24      1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without
25          prejudice.
26      2.  Within 28 days of this order, plaintiff shall pay the applicable filing fee or file an
27          amended application demonstrating his entitlement to proceed in forma pauperis if he
28          can do so in good faith.  Plaintiff's failure to pay the filing fee or file an amended

application by the above deadline will result in a recommendation that plaintiff's complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: July 10, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE